IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY JAMES SILER #197367, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:12-cv-766-TMH |
| | ) [wo] |
| JOHN WILLIAMS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On October 1, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 8).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the Plaintiff's claims against Ken Thomas and Stephanie Atchison be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I), and that Plaintiff's claims against John Williams and Rufus Haralson challenging the conditions of confinement at Lowndes County Jail be referred back to the Magistrate Judge for additional proceedings.

DONE this 30th day of October, 2012.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE