IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY JAMES SILER, #197367, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-766-TMH |
| | ) | [WO] |
| JOHN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 17, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 53.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

DONE this 19th day of August, 2014.

                                                /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE